### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

DEBORAH SERDA,

    Plaintiff,

v.                                                                           CASE NO. 1:12cv103-MP-GRJ

METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendant.

_____/

### O R D E R

    This matter is before the court on defendant's Second Motion for Extension of Time to Respond or Otherwise Plead to Complaint. (Doc. 7). Defendant requests an additional seven (7) days to respond or otherwise plead to plaintiff's complaint due to the unexpected illness and hospitalization of counsel's family member. Plaintiff does not oppose defendant's request. (*See* doc. 8).

    Accordingly, defendant's Second Motion for Extension of Time to Respond or Otherwise Plead to Complaint (doc. 7) is GRANTED. The defendant shall respond or otherwise plead to plaintiff's complaint on or before August 1, 2012.

    **DONE and ORDERED** this 25th day of July, 2012.

                                                      s/ *M. Casey Rodgers*
                                                     **M. CASEY RODGERS**
                                                     **CHIEF UNITED STATES DISTRICT JUDGE**